UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RENTERIA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KABIR MATHARU, et al.,<br><br>        Defendants. | 1:18-cv-00497-LJO-GSA-PC<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUESTS FOR COPIES (ECF Nos. 18, 19.)<br><br>ORDER DIRECTING CLERK TO:<br><br>(1) RE-SERVE FINDINGS AND RECOMMENDATIONS ENTERED ON JUNE 27, 2018 ON PLAINTIFF AT HIS NEW ADDRESS (ECF No. 17.)<br><br>(2) SEND PLAINTIFF A COPY OF THE DOCKET REPORT FOR THIS CASE |

      Luis Renteria ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2018, Plaintiff filed the Complaint commencing this case. (ECF No. 1.) On May 29, 2018, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) The First Amended Complaint awaits the court's requisite screening under 28 U.S.C. § 1915A.

      On July 11 and 16, 2018, Plaintiff filed notices of change of his address from the Sierra Conservation Center (SCC) in Jamestown, California, to the R.J. Donovan Correctional Facility in San Diego, California. (ECF Nos. 18, 19.) Therein, Plaintiff informed the court that his

1

legal documents had not arrived from SCC, and he had not received any mail from the court since his transfer to SCC on June 28, 2018. Plaintiff requests copies of his complaint and the 602 appeal exhausting his remedies. Plaintiff also requests copies of all of the filings and orders issued in his case, Local Rules, Federal Rules of Evidence, Federal Rules of Civil Procedure, and the docket report for this case.

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this court upon written request, prepayment of the copy fees, and submission of a self-addressed envelope with sufficient postage affixed. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle him to free copies of documents from the court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge. Plaintiff was advised in the court's First Informational Order issued on April 17, 2018, that "[i]f a party wants a file−stamped copy of a document returned for the party's own benefit, a copy for that purpose and a pre−addressed, pre−paid postage envelope must be included. The Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding *in forma pauperis*." (First Informational Order, ECF No. 5 at 3 ¶I.)

Here, Plaintiff requests free copies of his complaint, 602 appeal, all filings and orders issued in this case, and a docket report. As a one-time courtesy, Plaintiff shall be provided with a copy of the docket report for this case. Further, the Clerk shall be directed to re-serve Plaintiff with the court's June 28, 2018 findings and recommendations, which it appears Plaintiff did not receive because of his transfer. For other copies from his case file, Plaintiff must submit a written request to the Clerk, prepayment of the copy fees, and submission of a large-enough self-addressed envelope with sufficient postage affixed. Plaintiff is informed that his original Complaint is 205 pages long and his First Amended Complaint is 5 pages long.

The court no longer provides paper copies of the complete set of Local Rules to litigants, because the Local Rules are now available online via the court's website. The Federal

Rules of Evidence and Federal Rules of Civil Procedure can be found online or at the prison's law library.  Therefore, Plaintiff's requests for copies of court rules are denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for copies, filed on July 11 and 16, 2018, are granted in part;
2. The Clerk of Court is directed to:
    (1) Re-serve the findings and recommendations entered on June 27, 2018, in this case (ECF No. 17) on Plaintiff at his new address; and
    (2) Send Plaintiff a copy of the docket report for this case.

IT IS SO ORDERED.

Dated: **August 1, 2018**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE