| | |
|---|---|
| LUIS RENTERIA,<br><br>            Plaintiff,<br><br>    vs.<br><br>KABIR MATHARU, et al.,<br><br>            Defendants. | 1:18-cv-00497-LJO-GSA-PC<br><br>**ORDER DENYING REQUEST TO WITHDRAW FIRST AMENDED COMPLAINT AND PROCEED WITH ORIGINAL COMPLAINT**<br>**(ECF No. 23.)**<br><br>**ORDER REQUIRING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT PURSUANT TO THE SCREENING ORDER ISSUED ON DECEMBER 14, 2018**<br>**(ECF No. 22.)**<br><br>**THIRTY-DAY DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**I.    BACKGROUND**

Luis Renteria ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 12, 2018, Plaintiff filed the Complaint commencing this case.  (ECF No. 1.)  On May 29, 2018, Plaintiff filed a First Amended Complaint as a matter of course.  (ECF No. 15.)  On December 14, 2018, the court issued a screening order dismissing the First Amended Complaint for violation of Local Rule 220 and failure to state a claim, with leave to amend within thirty days.  (ECF No. 22.)

1

On January 4, 2019, Plaintiff filed a request to withdraw the First Amended Complaint and proceed with the original Complaint. (ECF No. 23.)

## II. DISCUSSION

Plaintiff's request shall be denied. As Plaintiff was advised in the court's screening order issued on December 14, 2018, an amended complaint supercedes the original complaint, Lacey v. Maricopa County, 693 F 3d. 896, 907 n.1 (9th Cir. 2012). (ECF No. 22 at 7:15-16.) Therefore, Plaintiff's original Complaint was superceded by Plaintiff's First Amended Complaint and shall not be reinstated. Plaintiff's remedy at this stage of the proceedings is to file a Second Amended Complaint curing the deficiencies found by the court in the screening order. To the extent that Plaintiff believes his claims in the original Complaint are cognizable, Plaintiff is not precluded from including those claims in the Second Amended Complaint. Because Plaintiff filed the First Amended Complaint as a matter of course the court did not screen the original Complaint to determine if the claims therein were cognizable.

Plaintiff shall be granted thirty days in which to comply with the December 14, 2018, screening order by filing a Second Amended Complaint.

## III. CONCLUSION

Based on the foregoing, it is **HEREBY ORDERED** that:

1. Plaintiff's request to withdraw the First Amended Complaint and proceed with the original Complaint, filed on January 4, 2019, is DENIED;
2. Within thirty days of the date of service of this order, Plaintiff shall comply with the court's December 14, 2018, screening order by filing a Second Amended Complaint; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed for failure to state a claim.

IT IS SO ORDERED.

Dated: **January 12, 2019**            /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE