UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RENTERIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KABIR MATHARU, et al.,<br><br>　　　　　Defendants. | 1:18-cv-00497-LJO-GSA-PC<br><br>**ORDER RE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME (ECF No. 25.)**<br><br>**FORTY-FIVE DAY DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

**I.　BACKGROUND**

Luis Renteria ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2018, Plaintiff filed the Complaint commencing this case. (ECF No. 1.) On May 29, 2018, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) On December 14, 2018, the court issued a screening order dismissing the First Amended Complaint for violation of Local Rule 220 and failure to state a claim, with leave to amend within thirty days. (ECF No. 22.)

On January 31, 2019, Plaintiff filed a motion for leave to file a Second Amended Complaint. (ECF No. 25.) Plaintiff also requested an extension of time to file a Second Amended Complaint. (Id.)

1

## II. DISCUSSION

Plaintiff's motion for leave to file a Second Amended Complaint is moot because the court's December 14, 2018 screening order dismissed Plaintiff's First Amended Complaint with leave to amend within thirty days, (ECF No. 22), and on January 14, 2019, the court granted Plaintiff an additional thirty days in which to file the Second Amended Complaint, (ECF No. 24). Therefore, Plaintiff already has leave to file a Second Amended Complaint.

Plaintiff also requests an extension of time to file his Second Amended Complaint, asserting that his medical condition makes it difficult for him to function. Plaintiff shows good cause for an extension of time to file the Second Amended Complaint, which shall be granted.

## III. CONCLUSION

Based on the foregoing, it is **HEREBY ORDERED** that:

1. Plaintiff's motion for leave to amend is denied as moot;
2. Plaintiff's request for extension of time is granted; and
3. Plaintiff is granted forty-five days from the date of service of this order in which to file a Second Amended Complaint, pursuant to the court's order issued on December 14, 2018.

IT IS SO ORDERED.

Dated: **February 4, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE