UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RENTERIA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KABIR MATHARU, et al.,<br><br>        Defendants. | 1:18-cv-00497-LJO-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME AND APPOINTMENT OF COUNSEL**<br><br>**(ECF No. 28.)** |

**I.    BACKGROUND**

Luis Renteria ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 12, 2018, Plaintiff filed the Complaint commencing this case. (ECF No. 1.) On May 29, 2018, Plaintiff filed the First Amended Complaint as a matter of course. (ECF No. 15.) On December 14, 2018, the court issued a screening order dismissing the First Amended Complaint for violation of Local Rule 220 and failure to state a claim, with leave to amend. (ECF No. 22.) On March 6, 2019, Plaintiff filed the Second Amended Complaint, which awaits the court's requisite screening under 28 U.S.C. § 1915. (ECF No. 27.)

On April 15, 2019, Plaintiff filed motions for an extension of time and for appointment of counsel. (ECF No. 28.)

1

## II. MOTION FOR EXTENSION OF TIME

Plaintiff requests a 90-day extension of time of any pending deadlines in this case. Plaintiff asserts that he was transferred from state prison to the Los Angeles County Jail on March 5, 2019, for a hearing, and he has not received any legal mail from the district court since his arrival. (ECF No. 28.) He expects to be returned to state prison in May 2019.

Currently, there are no pending court deadlines in this case requiring Plaintiff to respond. On April 15, 2019, Plaintiff filed a change of his address to the Los Angeles County Jail, so the court will send Plaintiff's court mail there. For these reasons, Plaintiff's motion for extension of time shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

## III. MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff does not have a constitutional right to appointed counsel in this action, <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). <u>Rand</u>, 113 F.3d at 1525.

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." <u>Id.</u> (internal quotation marks and citations omitted).

In the present case, the court does not find the required exceptional circumstances. At this early stage in the proceedings, the court cannot make a determination that plaintiff is likely to succeed on the merits. Plaintiff's First Amended Complaint was dismissed on December 14, 2018, and his Second Amended Complaint, filed on March 6, 2019, awaits screening by the court. (ECF Nos. 22, 27.) To date, the court has not found any cognizable claims in Plaintiff's multiple complaints for which to initiate service of process, and no other parties have yet

appeared. Moreover, based on a review of the record in this case, the court finds that Plaintiff can adequately articulate his claims. Therefore, Plaintiff's motion shall be denied without prejudice to renewal of the motion at a later stage of the proceedings.

**IV. CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, filed on April 15, 2019, is DENIED; and
2. Plaintiff's motion for appointment of counsel, filed on April 15, 2019, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **April 18, 2019**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE